UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SANDRA BUSH BIENVENU, )<br>)<br>Defendant. )<br>_____) | Case No. 1:07-CV-00428<br>Judge Emmet G. Sullivan |

## LOCAL RULE 7.1 CERTIFICATE OF
## AMERICA'S CHOICE, INC.

Pursuant to Local Rule 7.1, undersigned counsel for America's Choice, Inc. ("America's Choice") hereby certify, to the best of their knowledge and belief, that America's Choice has no parent corporations, subsidiaries, or affiliates with outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 6, 2007
       Washington, D.C.

Respectfully submitted,

/s/ Ugo Colella
Ugo Colella (D.C. Bar No. 473348)
KATTEN MUCHIN ROSENMAN LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007
Phone: (202) 625-3755
Fax:    (202) 295-1174

Of Counsel:

Martin E. Karlinsky, Esq.
(D.C. Bar No. 447859)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2007, a copy of the foregoing Local Rule 7.1 Certificate of America's Choice, Inc. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on March 6, 2007, a true and correct copy of the foregoing Local Rule 7.1 Certificate of America's Choice, Inc. was served by first-class mail upon:

Sandra Bush Bienvenu
4721 Seastar Vista
Destin, Florida 32541

/s/ Ugo Colella
Ugo Colella