UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANDRA BUSH BIENVENU, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:07-CV-00428 <br> Judge Richard W. Roberts |

**PROOF OF SERVICE OF PROCESS**

Pursuant to Rule 4(*l*) of the Federal Rules of Civil Procedure, Plaintiff America's Choice, Inc. hereby submits a sworn Affidavit of Service proving that service on Defendant Sandra Bush Bienvenu was made on March 15, 2007.

Dated: March 20, 2007
      Washington, D.C.

Respectfully submitted,

/s/ Ugo Colella
Ugo Colella (D.C. Bar No. 473348)
KATTEN MUCHIN ROSENMAN LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007
Phone: (202) 625-3755
Fax:    (202) 295-1174

Of Counsel:

Martin E. Karlinsky, Esq.
(D.C. Bar No. 447859)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800

*Attorneys for Plaintiff*
*America's Choice, Inc.*

Ugo Colella, Esq. (D.C. Bar No. 473348)
KATTEN MUCHIN ROSENMAN LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007
Phone: (202) 625-3755
Fax: (202) 295-1174

**Of Counsel:**
Martin E. Karlinsky, Esq.
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Phone: 212-940-8800
Fax: 212-940-8776

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
———————————————————— x
: ECF

AMERICA'S CHOICE, INC.,
555 13th Street, N.W.                               : Case No. 07 CV 00428
Suite 500 West
Washington, D.C. 20004,                             :

                              Plaintiff,            : **AFFIDAVIT OF SERVICE**

         - against -                                :

SANDRA BUSH BIENVENU,                               :
4721 Seastar Vista
Destin, Florida 32541,                              :

                              Defendant.            :
                                                    :
———————————————————— x

STATE OF NEW YORK   )
                    :   ss.:
COUNTY OF NEW YORK  )

   BRUCE SIMMS, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

2. On the 15th day of March, 2007, I served, pursuant to Rule 4(c) (3) of the District of Columbia Superior Court Civil Procedure Rules, the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A U.S. MAGISTRATE JUDGE; NOTICE OF DESIGNATION OF RELATED CIVIL CASE; INITIAL ELECTRONIC CASE FILING ORDER; and ECF PARTICIPANT REGISTRATION FORM** in this action, upon SANDRA BUSH BIENVENUE, defendant herein, at the address indicated, by depositing true copies thereof, enclosed in a properly addressed postpaid wrapper, marked certified mail, return receipt requested, in an official depository of the United States Postal Service within the State of New York:

> Sandra Bush Bienvenu
> 4721 Seastar Vista
> Destin, FL 32541

BRUCE SIMMS

Sworn to before me this
20th day of March, 2007

Notary Public

NELSON VARGAS
NOTARY PUBLIC, State of New York
No. 01VA6136033
Qualified in Nassau County
Commission Expires October 31, 2009

31026705.01
NYC01_84203457_1 3/19/2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2007, a copy of the foregoing Proof of Service of Process was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ugo Colella