**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICA'S CHOICE, INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 07CV00428 |
| v. | ) Judge Emmet Sullivan |
| | ) |
| SANDRA BUSH BIENVENU, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

Ugo Colella, being duly sworn, deposes and says:

1.    I am a partner of Katten Muchin Rosenman LLP, attorneys for Plaintiff America's Choice, Inc. ("America's Choice"), and as such I am familiar with the facts stated herein. I submit this affidavit pursuant to Federal Rule of Civil Procedure 55(a) in support of an entry of default against Defendant Sandra Bush Bievenu ("Defendant").

2.    On March 5, 2007, America's Choice filed this declaratory judgment action to establish that it did not owe Defendant any commissions in relation to her former employment with America's Choice.

3.    On March 5, 2007, my partner Martin E. Karlinsky, sent Defendant's attorney, Robert J. Benowitz, a copy of the Complaint via electronic mail and asked whether he would accept service on behalf of the Defendant. *See* Exhibit 1 (attached hereto). I understand that Mr. Benowitz never responded to this service request.

4.    According to the Affidavit of Attempted Service dated March 23, 2007 (attached hereto as Exhibit 3), service on the Defendant was attempted on several occasions by a

process server, as follows: March 7, 2007 at approximately 7:30 p.m.; March 8, 2007 at approximately 8 p.m.; March 9, 2007 at approximately 4:30 p.m.; March 10, 2007 at approximately 3:45 p.m.; March 12, 2007 at approximately 5:10 p.m.; March 13, 2007 at approximately 7:25 a.m.; March 16, 2007 at approximately 9 p.m.; and twice on March 17, 2007 at approximately 8:30 a.m. and again at approximately 7 p.m.

5.    On March 15, 2007, I understand that Defendant was served with the Complaint via registered mail pursuant to D.C. Superior Court Rule 4(c)(3), and as allowed by Federal Rule of Civil Procedure 4(e)(1). *See* Docket Entry 5, Return of Service/Affidavit.

6.    I understand that Defendant accepted service of the mailed Complaint on March 19, 2007, as evidenced by the signed receipt from the registered letter. *See* Exhibit 2 (attached hereto).

7.    The Defendant was required to file a responsive pleading to America Choice's complaint by April 4, 2007, as reflected in Docket Entry # 5.

8.    As of April 12, 2007, Defendant has not filed an appearance, answer or any other responsive pleading.

9.    Upon information and belief, Defendant is not an infant, incompetent person or otherwise under any disability.

10.    America's Choice therefore respectfully requests that the Clerk of Court enter default against Defendant.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Ugo Colella

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 12th DAY OF APRIL, 2007.

_____
Notary Public

My Commission Expires       My Commission Expires
February 28, 2010

# EXHIBIT 1

**Karlinsky, Martin E.**

| | |
|---|---|
| **From:** | Karlinsky, Martin E. |
| **Sent:** | Monday, March 05, 2007 5:03 PM |
| **To:** | 'rbenowitz@ricksteinerlaw.com' |
| **Subject:** | America's Choice, Inc. v. Bienvenu |
| **Attachments:** | BienvenuComplaintFiled.pdf |

Dear Mr. Benowitz,

Attached please find a copy of the complaint filed against your client, Sandra Bienvenu, in the U.S. District Court for the District of Columbia earlier today.  Please advise whether you will accept service or whether we must arrange for a process server.

*Martin E. Karlinsky, Esq.*
*Katten Muchin Rosenman LLP*
*575 Madison Avenue*
*New York, New York 10022-2585*
*Direct Phone: (212) 940-8645*
*Direct Fax: (212) 894-5645*
*CellPhone: (917) 623-9102*
*e-mail:  martin.karlinsky@kattenlaw.com*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

America's Choice, Inc.
555 13th Street, N.W.
Suite 500 West
Washington, D.C. 20004

**SUMMONS IN A CIVIL CASE**

V.

Sandra Bush Bienvenu
4721 Seastar Vista
Destin, FL 32541

CASE NUMBER   1:07CV00428

JUDGE: Emmet G. Sullivan

DECK TYPE: Contract

DATE STAMP: 03/05/2007

TO: (Name and address of Defendant)

Sandra Bush Bienvenu
4721 Seastar Vista
Destin, FL 32541

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ugo Colella
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

March 5, 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          *Signature of Server*

                                    _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are **not** foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

# INITIAL ELECTRONIC CASE FILING
# ORDER

Subsequent filings in this case must be made electronically using the Court's Electronic Case Filing System (ECF) pursuant to Local Rule 5.4.

ORDERED that counsel shall:

- Submit in paper, the original and copy of the complaint/notice of removal/petitions for habeas corpus and any accompanying papers (**not including summons and civil cover sheets**). Additionally, litigants are hereby required to provide those filings in PDF Format on a floppy disk or CD-Rom compact disk. The disk should be clearly labeled with the case number (if known) and the name of the parties. If unable to deliver the filing on a disk at the time of the new case filing, counsel should e-mail the initiating document and accompanying papers to dcd_cmecf@dcd.uscourts.gov by the close of business the day the new case was filed. Failure to supply electronic copies of the new case in a timely manner, will result in the attorney's name being added to the attorney non-compliant list and shared with the Court's ECF Judge's Committee. **Regardless of what option counsel chooses, the complaint/notice** of removal and accompanying papers must come to the Court as PDF documents. Each exhibit to the new case shall be in a separate PDF file. Failure to submit PDF versions of the complaint/notice of removal and other documents will delay the opening of the case in ECF.

- Register, if not previously registered, to become an electronic filer by completing and returning the enclosed ECF Registration Form found on the Court's Website at (www.dcd.uscourts.gov). The login and password are case specific and can be used for all cases.

- **Make all subsequent filings electronically. This is mandatory.**

- Have a PACER (Public Access to Court Electronic Records) account, in order to view dockets and documents. Call 1-800-676-6856 or visit www.pacer.psc.uscourts.gov for additional information.

- Schedule a training class at the Courthouse by going to the Court's ECF Internet Website (www.dcd.uscourts.gov/ecf.html). Also, filing instructions and an interactive tutorial can be found at this Internet Website.



SULLIVAN, J. EGS

UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## ELECTRONIC CASE FILES
## Attorney/Participant Registration Form

### LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: _____

First Name/Middle Initial/Last Name    _____ ____ _____

Last four digits of Social Security Number  _____

DC Bar ID#:  _____

Firm Name  _____

Firm Address  _____

_____

_____

Voice Phone Number  _____

FAX Phone Number  _____

Internet E-Mail Address  _____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.    This system is for use only in cases permitted by the **U.S. District Court for the District of Columbia.** It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2.    Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3.    An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4.    Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5.    Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:          U.S. District Court for the District of Columbia
                                     Attn:   Attorney Admissions
                                     333 Constitution Avenue NW, Room 1825
                                     Washington, DC  20001

Or FAX to:                           Peggy Trainum
                                     U.S. District Court for the District of Columbia
                                     (202) 354-3023

Applicant's Signature    _____

_____          _____          _____
Full Last Name                    Initial of                Last 4 Digits SS#
                                  First Name

**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICA'S CHOICE, INC., )
555 13th Street, N.W. )
Suite 500 West )
Washington, D.C. 20004, )

        Plaintiff,

        v.

SANDRA BUSH BIENVENU, .
4721 Seastar Vista )
Destin, Florida 32541, )
)
        Defendant. )

CASE NUMBER  1:07CV00428

JUDGE: Emmet G. Sullivan

DECK TYPE: Contract

DATE STAMP: 03/05/2007

Plaintiff America's Choice, Inc., by its attorneys Katten Muchin

Rosenman LLP, for its complaint herein against defendant Sandra Bienvenu,

respectfully alleges:

### Jurisdiction and Venue

1. The subject matter jurisdiction of this Court is founded on 28 U.S.C.

§ 1332(a)(1), in that plaintiff is a citizen of the District of Columbia, and defendant is a

citizen of the State of Florida, and the amount in controversy, exclusive of interest and

costs, exceeds the sum or value of $75,000.00, all as hereinafter more fully appears.

2. Venue is proper in this Judicial District pursuant to 28 U.S.C. §

1391(a)(3), in that defendant is subject to personal jurisdiction in the District of

Columbia, and pursuant to 28 U.S.C. § 1391(a)(2), in that the District of Columbia is a

district in which a substantial part of the alleged acts or omissions giving rise to the

claim occurred.

**Nature of the Action**

     3.  This is an action for declaratory relief concerning a contract, and seeks a declaratory judgment pursuant to 28 U.S.C. § 2201-2202.

**Parties**

     4.  Plaintiff America's Choice, Inc. ("America's Choice") is a corporation duly organized and existing under the laws of the State of Delaware, and having its principal place of business in the District of Columbia.

     5.  Defendant Sandra Bush Bienvenu ("Bienvenu") is a citizen of the State of Florida, residing in Destin, Florida.

**Facts**

     6.  America's Choice is engaged in the business of providing academic solutions through consultancy, publishing, professional development training, and materials and program offerings to public schools, public school districts, and states nationwide in connection with public school reform and improvement. America's Choice is a for-profit subsidiary of the National Center on Education and the Economy, a not-for-profit corporation.

     7.  On or about April 25, 2005, America's Choice and Bienvenu entered into an employment relationship pursuant to which America's Choice would employ Bienvenu as a Business Development Director, South Region.

     8.  The employment relationship was documented in part by an offer letter and by various other documents relating to the policies and practices of America's Choice in paying sales commissions.

2

9. The original compensation terms of Bienvenu's employment were subject to change, and were in fact changed effective in the 2006-2007 fiscal year of America's Choice. That fiscal year began July 1, 2006 and will terminate June 30, 2007.

10. Bienvenu voluntarily terminated her employment with America's Choice effective January 19, 2007.

11. America's Choice has fully performed its obligations to Bienvenu with respect to her employment relationship with America's Choice.

12. Bienvenu contends that America's Choice owes her approximately $600,000 in commissions as the result of her employment.

13. America's Choice contends that it has paid Bienvenu all compensation due to her in connection with her employment.

14. There is an actual and existing concrete controversy between the parties relating to whether any commissions are due and owing to Bienvenu in connection with her employment by America's Choice.

## CLAIM FOR RELIEF

## DECLARATORY JUDGMENT

15. Plaintiff repeats and realleges the allegations set forth in paragraphs "1" through "14" of this complaint, as if fully set forth at length herein.

16. The parties' dispute with respect to whether America's Choice owes Bienvenu any sums as commissions pursuant to or in connection with her former

employment relationship with America's Choice, which presents an actual controversy within the meaning of 28 U.S.C. § 2201.

17.  America's Choice seeks a declaratory judgment, pursuant to 28 U.S.C. §§ 2201-2202, declaring that it does not owe Bienvenu any sums as commissions pursuant to or in connection with her former employment relationship with America's Choice.

WHEREFORE, Plaintiff America's Choice demands judgment against defendant Sandra Bienvenu granting it an appropriate declaratory judgment and such other and further relief as the Court may deem just and proper in the circumstances.

Dated: Washington, D.C.
        March 5, 2007

KATTEN MUCHIN ROSENMAN LLP

By: _____
     Ugo Colella (D.C. Bar No. 473348)
     1025 Thomas Jefferson Street, N.W.
     East Lobby, Suite 700
     Washington, D.C. 20007
     Phone:  (202) 625-3755
     Fax:    (202) 295-1174

Of Counsel:

Martin E. Karlinsky, Esq.
(D.C. Bar No. 447859)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800

4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) | |
| Plaintiff(s) | ) | |
| | ) | Civil Action No. **07 0428** |
| v. | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | ) | |

**CONSENT TO PROCEED BEFORE**
**A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____
Attorney for the Plaintiff(s)

_____
Date

_____
Attorney for the Defendant(s)

_____
Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____
United States District Judge

_____
Date

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

CLERK-S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerks records, one copy for the Judge to whom the cases is assigned and one copy  for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must  complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(es) below.]

- [ ] (a)    relates to common property
- [x] (b)    involves common issues of fact
- [x] (c)    grows out of the same event or transaction
- [ ] (d)    involves the validity or infringement of the same patent
- [ ] (e)    is filed by the same pro se litigant

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [ ]

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

_____

4.    CAPTION AND CASE NUMBER OF RELATED CASE(ES). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

America's Choice, Inc. _____ v. Cecil Harris _____ C.A. No. 07-00423 KWR

March 5, 2007
DATE

_Ugo Colella, Counsel for Plaintiff_
Signature of Plaintiff /Defendant (or counsel)

EXHIBIT 2



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

3/15/07

1. Article Addressed to:

Sandra Bush Bienvenu
4721 Seastar Vista
Destin, FL  32541

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery  3/19/7

C. Signature
X  SBienvela
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)

7006 2760 0001 9889 8818

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

UNITED STATES POSTAL SERVICE  PENSACOLA FL 325

19 MAR 2007 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

John P. Greer
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

336339-00044

||..|||||...||||.....||.|..||.|.||.|||.|..|.|||.|.|.|.|.|..||.||

EXHIBIT 3

336339— 00044

o|c

 **DLS** **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

--------------------------------------------------X

AMERICA'S CHOICE, INC.
555 13th Street, N.W.
Suite 500 West
Washington, D.C. 20004,

        Plaintiff,

    -against-

SANDRA BUSH BIENVEU
4721 Seastar Vista
Destin, FL 32541

      Defendant.

--------------------------------------------------X

STATE OF FLORIDA     )
              S.S.
COUNTY OF OKALOOSA  )

Case No. 1:07CV00428
(Judge Sullivan)

AFFIDAVIT OF
ATTEMPTED SERVICE

          J. Ingle, Jr, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 7th day of March, 2007, at approximately 7:30 PM, deponent attempted to serve a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE; NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT; INITIAL ELECTRONIC CASE FILING ORDER; AND ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM upon SANDRA BUSH BIENVENU at 4721 Seastar Vista, Destin, FL, but deponent received no answer to this address via a call box located at the closed gate protecting this private community. No cars entered or exited through the gate.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**OFFICE COPY**

 **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 8th day of March, 2007, at approximately 8:00 PM, deponent again attempted to serve a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE; NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT; INITIAL ELECTRONIC CASE FILING ORDER; AND ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM upon SANDRA BUSH BIENVENU at 4721 Seastar Vista, Destin, FL, but received no answer to calls to this address via the call box at the gate. No cars entered or exited through the gate.

That on the 9th day of March, 2007, at approximately 4:30 PM, deponent again attempted to serve a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE; NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT; INITIAL ELECTRONIC CASE FILING ORDER; AND ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM upon SANDRA BUSH BIENVENU at 4721 Seastar Vista, Destin, FL, but received no answer to calls to this address via the call box at the gate. No cars entered or exited through the gate.

That on the 10th day of March, 2007, at approximately 3:45 PM, deponent again attempted to serve a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE; NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT; INITIAL ELECTRONIC CASE FILING ORDER; AND ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM upon SANDRA BUSH BIENVENU at 4721 Seastar Vista, Destin, FL, but received no answer to calls to this address via the call box at the gate. No cars entered or exited through the gate.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 12th day of March, 2007, at approximately 5:10 PM, deponent again attempted to serve a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE; NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT; INITIAL ELECTRONIC CASE FILING ORDER; AND ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM upon SANDRA BUSH BIENVENU at 4721 Seastar Vista, Destin, FL, but received no answer to calls to this address via the call box at the gate. No cars entered or exited through the gate.

That on the 13th day of March, 2007, at approximately 7:25 AM, deponent again attempted to serve a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE; NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT; INITIAL ELECTRONIC CASE FILING ORDER; AND ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM upon SANDRA BUSH BIENVENU at 4721 Seastar Vista, Destin, FL, but received no answer to calls to this address via the call box at the gate. No cars entered or exited through the gate.

That on the 16th day of March, 2007, at approximately 9:00 PM, deponent again attempted to serve a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE; NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT; INITIAL ELECTRONIC CASE FILING ORDER; AND ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM upon SANDRA BUSH BIENVENU at 4721 Seastar Vista, Destin, FL, but received no answer to calls to this address via the call box at the gate. No cars entered or exited through the gate.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 17th day of March, 2007, at approximately 8:30 AM, deponent again attempted to serve a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE; NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT; INITIAL ELECTRONIC CASE FILING ORDER; AND ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM upon SANDRA BUSH BIENVENU at 4721 Seastar Vista, Destin, FL, but received no answer to calls to this address via the call box at the gate. No cars entered or exited through the gate.

That on the 17th day of March, 2007, at approximately 7:00 PM, deponent again attempted to serve a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE; NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT; INITIAL ELECTRONIC CASE FILING ORDER; AND ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM upon SANDRA BUSH BIENVENU at 4721 Seastar Vista, Destin, FL, but received no answer to calls to this address via the call box at the gate. No cars entered or exited through the gate.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



MAR.22.2007   2:24PM   DLS, INC.                                                                NO.170   P.6

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

That on the 19th day of March, 2007, at approximately 7:03 AM, deponent again attempted

to serve a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CONSENT TO PROCEED

BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES; NOTICE OF RIGHT

TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE; NOTICE OF

DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED

STATES COURT; INITIAL ELECTRONIC CASE FILING ORDER; AND ELECTRONIC CASE

FILES ATTORNEY/PARTICIPANT REGISTRATION FORM upon SANDRA BUSH BIENVENU at

4721 Seastar Vista, Destin, FL.  A man answered the call box and deponent asked for Sandra Bush

Bienvenu.  Deponent was then informed that "Sandra is out of state, her daughter just had a baby."

Deponent was not granted access into the community and no one entered or exited the property.

_____
PROCESS SERVER

Sworn to before me this
23 day of March, 2007

_____
NOTARY PUBLIC

LISA D. CARMICHAEL
MY COMMISSION # DD 595854
EXPIRES: November 18, 2010
Bonded Thru Notary Public Underwriters

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com