Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

AMERICA'S CHOICE, INC.

    Plaintiff(s)

V.

Civil Action No. 1:07-cv-00428-EGS

SANDRA BUSH BIENVENU

    Defendant(s)

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 15, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 16th day of April, 07 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis

Deputy Clerk