IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDRA BUSH BIENVENU,<br><br>    Defendant | Case No. 07CV00428<br>Judge Emmet Sullivan |

## CONSENT MOTION TO VACATE DEFAULT

Comes now the Defendant, Sandra Bush Bienvenu, and pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, hereby moves to vacate the default entered by the Clerk of the Court on April 16, 2007. In support thereof, Defendant states as follows:

Plaintiff has asserted that service was effected on March 15, 2007 when the summons and complaint were mailed, certified mail, to Ms. Bienvenu's home address, or, at the latest, on March 19, when the documents were delivered and the return receipt signed. By contrast, Ms. Bienvenu asserts that she was in Jacksonville, Florida from March 9 through March 30, as her daughter had recently given birth, and there were a number of medical complications with the baby. Jacksonville is approximately a 6-hour drive from Ms. Bienvenu's home in Destin, Florida, and Ms. Bienvenu did not return to her home until March 30. As a result, Ms. Bienvenu asserts that she did not realize that service had been attempted until early April, 2007.

Since that time, Ms. Bienvenu has retained counsel and begun preparing her answer and counterclaims for filing with the Court. In addition, the undersigned has discussed the matter with Plaintiff's counsel, Ugo Colella; the parties have reached an agreement whereby Plaintiff has consented to this motion and further agrees to

Defendant's request for an extension up to April 27 within which to file an answer and counterclaims. Ms. Bienvenu has agreed to waive her defenses of personal jurisdiction and improper venue and has further agreed that this Court is the proper forum within which to adjudicate the dispute between herself and America's Choice.

As evidenced by Plaintiff's consent, America's Choice, Inc. would not be prejudiced by any delay in filing Defendant's answer and counterclaims. Moreover, Ms. Bienvenu has a good faith defense to the Plaintiff's claims, including a claim in her own right for monetary damages against America's Choice, Inc., which she intends to present through counterclaims in this lawsuit.

For these reasons, as set forth more fully above, Defendant, Sandra Bienvenu, hereby respectfully requests that the Court vacate the default entered by the Clerk of the Court, and grant Defendant an extension up through April 27, 2007 within which to file her responsive pleadings and counterclaims.

       Respectfully submitted,


       _/s/ Andrew J. Terrell_
       Andrew J. Terrell (D.C. Bar No. 431362)
       Thomas C. Mugavero (D.C. Bar No. 431512)
       WHITEFORD, TAYLOR & PRESTON, LLP
       1025 Connecticut Avenue, N.W.
       Suite 400
       Washington, D.C.  20036
       (202) 659-6800
       (202) 331-0573 (facsimile)

       Of Counsel:

       Robert Benowitz
       RICK, STEINER, FELL & BENOWITZ LLP
       Three New York Plaza
       New York, New York  10004
       Telephone No.: (212) 422-0488
       Fax.:  (212) 422-0158


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April, 2007 a copy of the foregoing was served electronically to:

Ugo Colella
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007


       ____/s/ Thomas Mugavero_____
       Thomas Mugavero

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICA'S CHOICE, INC.,**<br><br>   **Plaintiff,**<br><br>   **v.**<br><br>**SANDRA BUSH BIENVENU,**<br><br>   **Defendant** | **Case No. 07CV00428**<br>**Judge Emmet Sullivan** |

## CONSENT ORDER

Upon consideration of the Defendant's Consent Motion to Vacate Default, and upon consideration of the record herein, it is hereby this _____ day of _____, 2007

ORDERED, that the Motion is hereby granted, and further

ORDERED, that the default entered by the Clerk of the Court on April 16, 2007 is hereby vacated, and further

ORDERED, that the Defendant shall be granted leave up through April 27, 2007 within which to file her answer and counterclaims.

_____
Judge Emmet Sullivan
United States District Court for the District of Columbia

Copies to:

Andrew J. Terrell
Thomas C. Mugavero
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036

Ugo Colella
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007