IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICA'S CHOICE, INC.,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**SANDRA BUSH BIENVENU,** )<br>)<br>**Defendant.** )<br>) | )<br>)<br>)<br>**Case No.: 07CV00428**<br>**Judge Emmet Sullivan**<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

THE CLERK OF THE COURT shall kindly note the appearance of Andrew J. Terrell of Whiteford, Taylor & Preston, LLP, as additional counsel for the defendant, Sandra Bush Bienvenu.

Respectfully Submitted,

**WHITEFORD, TAYLOR & PRESTON, LLP**


/s/ Andrew J. Terrell_____
Andrew J. Terrell (D.C. Bar No. 431362)
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C.  20036
(202) 659-6800
(202) 331-0573 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2007 a copy of the foregoing was served electronically to:

Ugo Colella
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007

                                              /s/ Andrew Terrell
                                              Andrew Terrell