IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC.,     ) | |
| ) | Case No. 07-CV-00428 |
| ) | Judge Emmet Sullivan |
| Plaintiff/Counter-Defendant,  ) | |
| ) | |
| v.   ) | |
| ) | |
| SANDRA BUSH BIENVENU,  ) | |
| ) | |
| Defendant/Counter-Plaintiff.  ) | |
| _____) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    John Rosans hereby enters his appearance as counsel in this case for Plaintiff/Counter-Defendant America's Choice, Inc.

Dated: May 18, 2007                        ___/s/_____
        Washington, D.C.               John A. Rosans
                                           D.C. Bar No. 474180
                                           1025 Thomas Jefferson Street, NW
                                           East Lobby, Suite 700
                                           Washington, D.C. 20007
                                           Phone: (202) 625-3639
                                           Fax: (202) 339-8267

## CERTIFICATE OF SERVICE

     I hereby certify that on May 18, 2007, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____/s/_____

John A. Rosans