IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., ) | Case No. 07-CV-00428 |
| ) | Judge Emmet Sullivan |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| SANDRA BUSH BIENVENU, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**JOINT REPORT AND PROPOSED SCHEDULING
ORDER PURSUANT TO LOCAL RULE 16.3**

Pursuant to Local Rule 16.3, on May 17, 2007, counsel for both parties held a conference to discuss the issues set forth in Local Rule 16.3(c). Pursuant to Rule 16(d) and Order of the Court, the parties respectfully submit the following report and proposed scheduling order.

A.  **MATTERS DISCUSSED BY PARTIES UNDER LCvR 16(c)**

    1.  DISPOSITIVE MOTIONS [LCvR 16(c)(1)]: The parties agree that the case is likely to be disposed of by dispositive motion, and each side intends to file dispositive motions when appropriate.

    2.  AMENDMENT OF PLEADINGS [LCvR 16(c)(2)]: The parties propose that other parties shall be joined or the pleadings amended no later than **July 30, 2007**. At this time the parties do not envision moving to join additional parties.

    3.  ASSIGNMENT TO MAGISTRATE JUDGE [LCvR 16(c)(3)]: The parties agree that they do not want this matter assigned to a magistrate judge.

4.      POSSIBLE SETTLEMENT [LCvR 16(c)(4)]: The parties agree that they have discussed their relative positions and will explore settlement options as discovery proceeds in this matter.

5.      RESOLUTION OF CASE USING ADR [LCvR 16(c)(5)]: The parties agree that the case could benefit from the Court's alternative dispute resolution (ADR) procedures. The parties request that any use of the Court's sponsored mediation program be scheduled at a mutually agreeable later date.

6.      DATES FOR DISPOSITIVE MOTIONS [LCvR 16(c)(6)]: The parties agree that the case may be resolved by summary judgment motion but not by a Rule 12(b)(6) motion to dismiss. The parties propose the following dispositive motion schedule: all dispositive motions are to be filed no later than **November 20, 2007**; opposition briefs are to be filed within **20 days** of the filing of the underlying dispositive motion, but in any event, no later than **December 10, 2007**; reply briefs are to be filed within **10 days** of the filing of the opposition brief, but in any event, no later than **December 21, 2007**. No sur-replies will be permitted.

7.      INITIAL DISCLOSURES [LCvR 16.3(c)(7)]: The parties agree to exchange mandatory initial disclosures, as required under Fed. R. Civ. P. 26(a)(1), on or before May 31, 2007.

8.      DISCOVERY [LCvR 16.3(c)(8)]: The parties propose that discovery will be concluded no later than **October 30, 2007**. The parties agree to conduct discovery, including written discovery, as provided for under the Federal Rules of Civil Procedure and the local rules of this Court. The parties have discussed a possible confidentiality agreement or a consent order for the Court's endorsement or a binding letter agreement to that effect and will continue to engage in such discussions.

9.   EXPERT WITNESSES [LCvR 16.3(c)(9)]: The parties agree that it is unnecessary to seek a modification of the exchange of expert witness reports and information pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure.

10.   CLASS ACTION [LCvR 16.3(c)(10)]: This case is not a class action.

11.   BIFURCATION [LCvR 16.3(c)(11)]: The parties agree that this case would not benefit from having the trial and/or discovery bifurcated or managed in phases.

12.   PRETRIAL CONFERENCE/TRIAL [LCvR 16.3(c)(12)-(13)]: The parties propose that the pretrial conference should be set on or about **January 30, 2008**, after discovery has closed and the Court has ruled on any dispositive motions.

13.   OTHER MATTERS [LCvR 16.3(c)(14)]: The parties would request that the Court set a trial date at the pretrial conference, from 30 to 60 days after that conference.

**B.   BRIEF STATEMENT OF THE CASE AND LEGAL BASES FOR CLAIMS/DEFENSES**

Plaintiff/Counter-Defendant America's Choice asserts that Defendant/Counter-Plaintiff Sandra Bush Bienvenu ("Ms. Bienvenu") was fully aware of the terms of her compensation plan with America's Choice, confirmed so in writing, and agreed with and accepted without objection America's Choice's decision regarding the commission amount that she was paid for fiscal year 2006. Accordingly, America's Choice claims that there are no commissions owing to Ms. Bienvenu, and that it has fully and adequately discharged its obligations to Ms. Bienvenu.

Defendant/Counter-Plaintiff, Sandra Bienvenu, was an employee of the Plaintiff, America's Choice, Inc. from May 9, 2005 through mid-January, 2007, and served in Florida as Director, Business Development Southeast Region for the company. Ms. Bienvenu claims that, in addition to her annual salary, she was entitled to sales commissions; she asserts that the commission due to her for contracts either negotiated or closed during her tenure with America's

3

Choice, Inc. in excess of $900,000, exclusive of interest accruing. She also claims that the failure by America's Choice, Inc. to pay such commissions constitutes a violation of § 448.08 of the Florida Statutes and is entitled to the costs of this action and reasonable attorney's fees.

Respectfully submitted,

\_\_/s/ Ugo Colella_____
Ugo Colella (D.C. Bar No. 473348)
John Rosans (D.C. Bar No. 474180)
1025 Thomas Jefferson Street, NW
East Lobby, Suite 700
Washington, D.C. 20007
Phone: (202) 625-3755
Fax: (202) 295-1174

Of Counsel:

Martin E. Karlinsky, Esq.
(D.C. Bar No. 447859)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Phone: (212) 940-8800

*Counsel for Plaintiff/Counter-Defendant
America's Choice, Inc.*

   /s/ Andrew J. Terrell

Andrew J. Terrell (D.C. Bar No. 431362)
Thomas C. Mugavero (D.C. Bar No. 431512)
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036
(202) 659-6800
(202) 331-0573 (facsimile)

Of Counsel:

Robert Benowitz
RICK, STEINER, FELL & BENOWITZ LLP
Three New York Plaza
New York, New York 10004
Telephone No.: (212) 422-0488
Fax.: (212) 422-0158

*Counsel for Defendant/Counter-Plaintiff
Sandra Bienvenu*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2007, a copy of the foregoing Joint Report and Proposed Scheduling Order Pursuant to Local Rule 16.3 was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____/s/_____<br>
John P. Morgan