IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v.  ) | Case No: 07-CV-00428 |
| ) | Judge: Emmet Sullivan |
| SANDRA BUSH BIENVENU, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| _____ ) | |

**CONSENT MOTION OF DEFENDANT/COUNTER-PLAINTIFF
TO AMEND HER ANSWER AND COUNTERCLAIM**

Comes now the Defendant/Counter-Plaintiff, Sandra Bush Bienvenu, by and through the undersigned counsel, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, hereby moves to amend her Answer and Counterclaim. In support thereof, Defendant states as follows:

The undersigned has conferred with counsel for America's Choice, Inc., who have graciously consented to this amended pleading. Moreover, the deadline set by the Court's Scheduling Order for amendment of pleadings is July 30; the amendment is thus timely.

The Amended Answer and Counterclaim is attached hereto. The only changes to the original pleading are found in Paragraphs 10 and 11 of the Counterclaim. In Paragraph 10, the description of the method by which Ms. Bienvenu's commissions were to be calculated has been clarified, while in Paragraph 11, Defendant merely corrects a typographical error. Neither of

these changes results in a substantive change to the Defendant's counterclaim, nor does Defendant state any new defenses or claims thereby.

The Amended Counterclaim, therefore, is timely filed under the Scheduling Order, does not state any new claims and thus does not prejudice the Plaintiff/Counter-Defendant. Too, as noted above, Plaintiff has consented to the filing of this amended pleading. For these reasons, Defendant/Counter-Plaintiff, Sandra Bienvenu, respectfully requests that the Court accept as filed the Answer and Amended Counterclaim, filed concurrently with this Motion.

Respectfully Submitted,

**WHITEFORD, TAYLOR & PRESTON, LLP**

__/s/Thomas C. Mugavero__
Andrew J. Terrell (#431362)
Thomas C. Mugavero (#431512)
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20036
(202) 659-6800 (voice)
(202) 331-0573 (facsimile)
Counsel for Defendant/Counter-Plaintiff
Sandra Bush Bienvenu

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true copy of the foregoing was served electronically and via first class mail, postage prepaid, this 27th day of July, 2007, to:

> Ugo Colella, Esquire
> 1025 Thomas Jefferson Street, NW
> East Lobby, Suite 700
> Washington, D.C. 20007
>
> John Rosans, Esquire
> 1025 Thomas Jefferson Street, NW
> East Lobby, Suite 700
> Washington, D.C. 20007

Of Counsel:

> Martin E. Karlinsky, Esquire
> Katten Muchin Rosenman LLP
> 575 Madison Avenue
> New York, NY 10022-2585

/s/ Thomas C. Mugavero
Thomas C. Mugavero