## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICA'S CHOICE, INC.,** ) | |
| ) | |
| **Plaintiff/Counter-Defendant,** ) | **Case No.: 07CV00428** |
| **v.** ) | |
| ) | **Judge Emmet Sullivan** |
| **SANDRA BUSH BIENVENU,** ) | |
| ) | |
| **Defendant/Counter-Plaintiff.** ) | |
| ) | |

### DEFENDANT/COUNTER-PLAINTIFF'S CONSENT MOTION
### FOR EXTENSION OF TIME TO FILE RULE 26(a)(2) STATEMENTS

COMES NOW the Defendant/Counter-Plaintiff Sandra Bush Bienvenu ("Bienvenu"), by and through her attorneys, Whiteford, Taylor & Preston, LLP, and hereby moves pursuant to Fed. R. Civ. P. 6(b)(1) and Rule 7.1 of the Local Rules of this Court for an Order extending the time for the filing of the parties' Rule 26(a)(2) statements. Specifically, Defendant requests that the Court extend the deadline for a proponent's Expert Witness Designation to October 8, 2007 and the deadline for any responding Rule 26(a)(2) statements to October 24, 2007.

Pursuant to Rule 7(m) of the Local Rules of this Court, the undersigned affirms that he communicated with counsel for Plaintiff/Counter-Defendant on September 19, 2007 and September 20, 2007 via e-mails concerning the relief requested herein. Plaintiff's counsel has graciously agreed to the extended deadlines sought in this Motion.

## STATEMENT OF POINTS AND AUTHORITIES

1.      Pursuant to the Court's Scheduling Order of June 1, 2007, "the party with the burden of proof on an issue must file any Rule 26(a)(2) statements by August 28, 2007" and "[a]ny responding Rule 26(a)(2) statements are due by September 28, 2007."

2.      In its Rule 26(a)(1) Initial Disclosures, served on May 31, 2007, the Plaintiff/Counter-Defendant America's Choice, Inc. ("ACI") did not produce any documents that it intends to use in support of its claims and/or defenses.  Instead, it set forth the following statement as to the production of said documents:

> "[ACI] is prepared to produce these documents at a time and in a manner mutually agreed upon between the parties, subject to the entry of an appropriate protective order, which, by agreement, may be in the form of a jointly drafted consent order for the Court's endorsement or binding letter agreement to that effect."

3.      On June 12, 2007, Bienvenu served her First Set of Requests for Production of Documents ("Discovery Demand") on ACI.  On July 16, 2007, ACI served its discovery responses, objecting to each and every Request for Documents and refusing to produce any responsive documents pending entry of a joint Confidentiality Agreement and Protective Order.

4.      On or about July 19, 2007, ACI provide to Bienvenu its initial draft of the proposed Confidentiality Agreement and Protective Order.  Since then, the parties have worked in good faith to reach an agreement as to the terms of the protective order, including the use of any confidential documents in the companion case of <u>Cecil Harris</u>

v. America's Choice, Inc., pending in the United States District Court for the Middle District of Louisiana, Civil Action No.: 3:07-cv-195-JVP-SCR ("Cecil Action").

5.       On or about August 27, 2007, the parties reached an agreement as to the terms of the protective order and the use of confidential documents in the Cecil Action. That proposed Protective Order has been filed with the Court, but ACI's counsel has indicated that documents responsive to Bienvenu's discovery requests will not be produced until execution of a parallel stipulation and protective order in the Cecil Action.

6.       On August 28, 2007, the Court extended the deadline for the parties to file any Rule 26(a)(2) statements to September 24, 2007 and responding Rule 26(a)(2) statements by October 10, 2007 ("First Extension").

7.       Subsequent to the First Extension, the parties in the Cecil Action have been attempting to resolve certain discovery related issues before a parallel stipulation and protective order could be entered.  ACI's counsel has advised that the parallel protective order was entered on September 20, 2007 and the documents will be forthcoming.

8.       As of September 20, ACI had not produced any documents with either its Initial Disclosure Statement nor its Responses to Requests for Production of Documents; according to ACI's counsel, approximately one box of documents has been withheld. These documents are material and necessary to allow Bienvenu's expert witnesses to formulate their opinions in this case.  In the absence of ACI's documents, Bienvenu has unable to file her Rule 26(a)(2) statement by September 24, 2007.

7.    Extending the deadline for expert witness designations will afford Bienvenu sufficient time to receive the documents from ACI's counsel and file her Rule 26(a)(2) Statement, provided however, that such documents are produced in a timely fashion.

8.    As noted above, ACI has consented to the extension and agreed to the above-referenced dates.  Moreover, to the extent that ACI also intends to call expert witnesses in its case-in-chief, it will benefit by the extended deadlines, and therefore would not be prejudiced by the relief sought herein.

9.    This is the second extension of the deadlines enumerated in the Court's Scheduling Order.

For these reasons, as set forth more fully above, Defendant/Counter-Plaintiff Sandra Bush Bienvenu respectfully requests that the Court the time for the filing of the parties' Rule 26(a)(2) statements, with a proponent's Expert Witness Designation due on October 8, 2007 and any responding Rule 26(a)(2) statements due on October 24, 2007.

Respectfully submitted,


_____/s/ Thomas C. Mugavero_____
Andrew J. Terrell (D.C. Bar No.: 431362)
Thomas C. Mugavero (D.C. Bar No.: 431512)
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036
(202) 659-6800
(202) 331-0573 (facsimile)

Of Counsel:

Robert J. Benowitz, Esq.
Rick Steiner Fell & Benowitz LLP
Three New York Plaza, 10th Floor
New York, NY 10004
(212) 422-0488
(212) 422-0158 (facsimile)

*Attorneys for Defendant/Counter-Plaintiff*
*SANDRA BUSH BIENVENU*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September, 2007 a copy of the foregoing was served electronically to:

Ugo Colella
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007


_____/s/ Thomas Mugavero_____
Thomas Mugavero

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICA'S CHOICE, INC.,** ) | |
| ) | |
| **Plaintiff/Counter-** ) | |
| **Defendant,** ) | **Case No.: 07CV00428** |
| **v.** ) | |
| ) | **Judge Emmet Sullivan** |
| **SANDRA BUSH BIENVENU,** ) | |
| ) | |
| **Defendant/Counter-** ) | |
| **Plaintiff.** ) | |

### CONSENT ORDER

Upon consideration of the Consent Motion For Extension Of Time To File Rule 26(A)(2) Statements filed by Defendant/Counter-Plaintiff Sandra Bush Bienvenu, and upon consideration of the record herein and for good cause shown, it is hereby:

**ORDERED** that the June 1, 2007 Scheduling Order is amended as follows:

(1)    Proponents' Rule 26(a)(2) statements shall be filed no later than October 8, 2007.

(2)    Any responding Rule 26(a)(2) statements shall be filed by October 24, 2007.

_____
Judge Emmet Sullivan
United States District Court for the
District of Columbia

Dated: September _____, 2007

## <u>NAMES AND PERSONS TO BE SERVED WITH PROPOSED ORDER</u>

As provided by LCvR 7(k), the following are the attorneys who are entitled to be

notified of its entry:


Ugo Colella
John Rosans
KATTEN MUCHIN ROSENMAN LLP
1025 Thomas Jefferson Street, NW
East Lobby, Suite 700
Washington, D.C. 20007
*Counsel for Plaintiff/Counter-Defendant*
*America's Choice, Inc.*

Of Counsel:
Martin E. Karlinsky, Esq.
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
*Counsel for Plaintiff/Counter-Defendant*
*America's Choice, Inc.*