IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICA'S CHOICE, INC., | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Case No.: 07CV00428 |
| v. | ) ) | Judge Emmet Sullivan |
| SANDRA BUSH BIENVENU, | ) ) ) | |
| Defendant/Counter-Plaintiff. | ) ) | |

**DEFENDANT/COUNTER-PLAINTIFF'S CONSENT MOTION
FOR EXTENSION OF DISCOVERY DEADLINES**

COMES NOW the Defendant/Counter-Plaintiff Sandra Bush Bienvenu ("Bienvenu"), by and through her attorneys, Whiteford, Taylor & Preston, LLP, and hereby moves pursuant to Fed. R. Civ. P. 6(b)(1) and Rule 7.1 of the Local Rules of this Court for an Order extending the time for the filing of the parties' Rule 26(a)(2) statements; extending the end date for fact and expert discovery; and adjourning the status conference currently scheduled for November 7, 2007.  Specifically, Defendant requests that the Court extend the deadline for a proponent's Expert Witness Designation to December 30, 2007; the deadline for any responding Rule 26(a)(2) statements to January 15, 2008; the deadline for fact and expert discovery to January 31, 2008; and to adjourn the status conference to February 8, 2008 at 11:30 A.M. or soon thereafter.

Pursuant to Rule 7(m) of the Local Rules of this Court, the undersigned affirms that he communicated with counsel for Plaintiff/Counter-Defendant America's Choice,

Inc. ("ACI") on October 4, 2007 via telephone and e-mail concerning the relief requested herein. Plaintiff's counsel has graciously agreed to the extended deadlines sought in this Motion.

## STATEMENT OF POINTS AND AUTHORITIES

1. Pursuant to the Court's Scheduling Order of June 1, 2007, "the party with the burden of proof on an issue must file any Rule 26(a)(2) statements by August 28, 2007" and "[a]ny responding Rule 26(a)(2) statements are due by September 28, 2007." This Court subsequently extended the above deadlines to October 8, 2007 and October 24, 2007, respectively. In addition, the above Scheduling Order provided that that fact and expert discovery shall be completed by October 30, 2007 and scheduled a status conference on November 7, 2007 at 11:30 A.M.

2. On or about August 27, 2007, the parties reached an agreement as to the terms of the protective order and the use of confidential documents in this instant action and the use of said documents in the companion case of <u>Cecil Harris v. America's Choice, Inc.</u>, which is presently pending in the United States District Court for the Middle District of Louisiana, Civil Action No.: 3:07-cv-195-JVP-SCR ("Cecil Action.").

3. On or about September 24, 2007, ACI's counsel delivered the confidential documents in connection with the protective order which consists of over 3,300 pages. We are presently in the process of reviewing these documents which are material and necessary to allow Bienvenu's expert witnesses to formulate their opinions in this case, to identify ACI's witnesses and schedule their depositions and to conduct additional discovery in this matter.

4.     Bienvenu was not in a position to conduct the foregoing discovery until ACI produced the above confidential documents.  ACI recently produced said documents to Bienvenu's counsel, and it is not likely the parties will be able to complete discovery within the present time frame which includes filing the Rule 26(a)(2) statement by October 8, 2007.

5.     Extending the deadline for expert witness designations and the end date for fact and expert discovery will afford Bienvenu sufficient time to review the documents recently received from ACI's counsel, retain expert witnesses, notice and conduct depositions in accordance with the schedules of witnesses and counsel, file her Rule 26(a)(2) Statement and to complete discovery.

6.     Since the parties are seeking to extend the end date for fact and expert discovery to January 31, 2008, it would be more productive to adjourn the status conference from November 7, 2007 at 11:30 A.M. to February 8, 2008 at 11:30 A.M. or soon thereafter.

7.     As noted above, ACI has consented to these extensions and agreed to the above-referenced dates.  Moreover, to the extent that ACI also intends to call expert witnesses in its case-in-chief and to conduct depositions and discovery, we have been advised by ACI's counsel that it will benefit by the extended deadlines, and therefore would not be prejudiced by the relief sought herein.

8.     This is the third extension of the deadlines enumerated in the Court's Scheduling Order.

For these reasons, as set forth more fully above, Defendant/Counter-Plaintiff Sandra Bush Bienvenu respectfully requests that the Court: (i) extend the time for the filing of the parties' Rule 26(a)(2) statements, with a proponent's Expert Witness Designation due on December 30, 2007, and any responding Rule 26(a)(2) statements due on January 15, 2008; (ii) extend the fact and expert discovery deadline to January 31, 2008; and (iii) reschedule the November 7, 2007 status conference to February 8, 2008 at 11:30A.M., or at a time soon thereafter that is amenable to the Court's calendar.

Respectfully submitted,

/s/ Thomas C. Mugavero
Andrew J. Terrell (D.C. Bar No.: 431362)
Thomas C. Mugavero (D.C. Bar No.: 431512)
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036
(202) 659-6800
(202) 331-0573 (facsimile)

Of Counsel:

Robert J. Benowitz, Esq.
Rick Steiner Fell & Benowitz LLP
Three New York Plaza, 10th Floor
New York, NY 10004
(212) 422-0488
(212) 422-0158 (facsimile)

*Attorneys for Defendant/Counter-Plaintiff*
*SANDRA BUSH BIENVENU*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of October, 2007 a copy of the foregoing was served electronically to:

Ugo Colella
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007


                                           /s/ Thomas Mugavero
                                            Thomas Mugavero

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC.,           ) | |
|           ) | |
|     Plaintiff/Counter-       ) | |
| Defendant,          ) | Case No.: 07CV00428 |
|   v.          ) | |
|           ) | Judge Emmet Sullivan |
| SANDRA BUSH BIENVENU,       ) | |
|           ) | |
|     Defendant/Counter-      ) | |
| Plaintiff.          ) | |

**CONSENT ORDER**

Upon consideration of the Consent Motion For Extension Of Discovery Deadlines filed by Defendant/Counter-Plaintiff Sandra Bush Bienvenu, and upon consideration of the record herein and for good cause shown, it is hereby:

**ORDERED** that the June 1, 2007 Scheduling Order is amended as follows:

(1)   Proponents' Rule 26(a)(2) statements shall be filed no later than December 30, 2007.

(2)   Any responding Rule 26(a)(2) statements shall be filed by January 15, 2008.

(3)   Fact and expert discovery shall be completed by January 31, 2008.

(4)     The status conference scheduled for November 7, 2007 at 11:30 A.M. is adjourned to February 8, 2008 at 11:30 A.M.

_____
Judge Emmet Sullivan
United States District Court for the District of Columbia

Dated: October \_\_\_\_, 2007

## NAMES AND PERSONS TO BE SERVED WITH PROPOSED ORDER

As provided by LCvR 7(k), the following are the attorneys who are entitled to be notified of its entry:

Andrew J. Terrell (D.C. Bar No.: 431362)
Thomas C. Mugavero (D.C. Bar No.: 431512)
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036


Of Counsel:
Robert J. Benowitz, Esq.
Rick Steiner Fell & Benowitz LLP
Three New York Plaza, 10th Floor
New York, NY 10004
*Counsel for Defendant/Counter-Plaintiff*
*SANDRA BUSH BIENVENU*


Ugo Colella
John Rosans
KATTEN MUCHIN ROSENMAN LLP
1025 Thomas Jefferson Street, NW
East Lobby, Suite 700
Washington, D.C. 20007
*Counsel for Plaintiff/Counter-Defendant*
*America's Choice, Inc.*

Of Counsel:
Martin E. Karlinsky, Esq.
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
*Counsel for Plaintiff/Counter-Defendant*
*America's Choice, Inc.*