IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., | ) |
| Plaintiff/Counter-Defendant, | ) Case No.: 07CV00428 |
| v. | ) |
| | ) Judge Emmet Sullivan |
| SANDRA BUSH BIENVENU, | ) |
| Defendant/Counter-Plaintiff. | ) |

**DEFENDANT/COUNTER-PLAINTIFF'S CONSENT MOTION
FOR EXTENSION OF THE DEADLINE
FOR PROPONENT'S RULE 26(a)(2) DESIGNATION**

COMES NOW the Defendant/Counter-Plaintiff Sandra Bush Bienvenu, by and through her attorneys, Whiteford, Taylor & Preston, LLP, and hereby moves pursuant to Fed. R. Civ. P. 6(b)(1) and Rule 7.1 of the Local Rules of this Court for an Order extending the time for the filing of the parties' Rule 26(a)(2) statements and extending the end date for fact and expert discovery. Specifically, Defendant requests that the Court extend the deadline for a proponent's Expert Witness Designation to March 31, 2008.

Pursuant to Rule 7(m) of the Local Rules of this Court, the undersigned affirms that he communicated with counsel for Plaintiff/Counter-Defendant America's Choice, Inc. ("ACI") on January 30, 2008 via telephone and e-mail concerning the relief requested herein. Plaintiff's counsel has graciously agreed to the extended deadlines sought in this Motion.

1

## STATEMENT OF POINTS AND AUTHORITIES

1. Pursuant to the Scheduling Order, as amended, the deadline for identifying a proponent's expert witnesses is January 31, 2008. This deadline was set after Plaintiff/Counter-Defendant sought a stay of all depositions because of a personal crisis suffered by one of the ACI's officers.

2. Depositions have taken longer to schedule than was originally anticipated. In fact, depositions have not, to date, been scheduled due to the recent expiration of the stay but the parties intend to confer shortly in order to agree on a schedule of dates and witnesses.

3. Until the depositions of ACI's representatives, Ms. Bienvenu is not in a position to provide a complete report from her expert witnesses. Thus, given the current deposition schedule, Ms. Bienvenu cannot designate her experts by January 31, 2008.

4. Extending the deadline for expert witness designations and the end date for fact and expert discovery will afford Ms. Bienvenu sufficient time to review the documents recently received from ACI's counsel, retain expert witnesses, notice and conduct depositions in accordance with the schedules of witnesses and counsel, file her Rule 26(a)(2) Statement and to complete discovery.

5. Under the current deposition schedule, Ms. Bienvenu requests that the deadline for proponents' expert witness designations be extended to March 31, 2008, with the deadlines for opponents' designations and rebuttal experts extended accordingly.

6. As noted above, ACI has consented to these extensions and agreed to the above-referenced dates. Moreover, to the extent that ACI also intends to call expert witnesses in its case-in-chief and to conduct depositions and discovery, we have been advised by ACI's counsel that it will benefit by the extended deadlines, and therefore would not be prejudiced by the relief sought herein.

7. This is the fourth extension of the deadlines enumerated in the Court's Scheduling Order.

For these reasons, as set forth more fully above, Defendant/Counter-Plaintiff Sandra Bush Bienvenu respectfully requests that the Court: (i) extend the time for filing of the parties' Rule 26(a)(2) statements, with proponent's Expert Witness Designation due on March 31, 2008, and any responding Rule 26(a)(2) statements due on April 15, 2008; and (ii) extend the fact and expert discovery deadline to April 31, 2008.

Respectfully submitted,


    /s/Thomas C. Mugavero
Andrew J. Terrell (D.C. Bar No.: 431362)
Thomas C. Mugavero (D.C. Bar No.: 431512)
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036
(202) 659-6800
(202) 331-0573 (facsimile)

Of Counsel:

Robert J. Benowitz, Esq.
Rick Steiner Fell & Benowitz LLP
Three New York Plaza, 10th Floor
New York, NY 10004
(212) 422-0488
(212) 422-0158 (facsimile)

*Attorneys for Defendant/Counter-Plaintiff*
*SANDRA BUSH BIENVENU*

4

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 31st day of January, 2008 a copy of the foregoing was served electronically to:

Ugo Colella
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007

                /s/ Thomas Mugavero
                Thomas Mugavero

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) Case No.: 07CV00428 |
| v. | ) |
| | ) Judge Emmet Sullivan |
| SANDRA BUSH BIENVENU, | ) |
| | ) |
|     Defendant/Counter-Plaintiff. | ) |

## CONSENT ORDER

Upon consideration of the Consent Motion For Extension Of The Deadline For Proponent's Rule 26(a)(2) Designation, filed by Defendant/Counter-Plaintiff Sandra Bush Bienvenu, and upon consideration of the record herein and for good cause shown, it is hereby:

**ORDERED** that the June 1, 2007 Scheduling Order is amended as follows:

(1) Proponents' Rule 26(a)(2) statements shall be filed no later than March 31, 2008.

(2) Any responding Rule 26(a)(2) statements shall be filed by April 15, 2008.

(3) Fact and expert discovery shall be completed by April 31, 2008.

_____
Judge Emmet Sullivan
United States District Court for the District of Columbia

Dated: _____, 2008

## NAMES AND PERSONS TO BE SERVED WITH PROPOSED ORDER

As provided by LCvR 7(k), the following are the attorneys who are entitled to be notified of its entry:

Andrew J. Terrell (D.C. Bar No.: 431362)
Thomas C. Mugavero (D.C. Bar No.: 431512)
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036


Of Counsel:
Robert J. Benowitz, Esq.
Rick Steiner Fell & Benowitz LLP
Three New York Plaza, 10th Floor
New York, NY 10004
*Counsel for Defendant/Counter-Plaintiff*
*SANDRA BUSH BIENVENU*


Ugo Colella
John Rosans
KATTEN MUCHIN ROSENMAN LLP
1025 Thomas Jefferson Street, NW
East Lobby, Suite 700
Washington, D.C. 20007
*Counsel for Plaintiff/Counter-Defendant*
*America's Choice, Inc.*

Of Counsel:
Martin E. Karlinsky, Esq.
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
*Counsel for Plaintiff/Counter-Defendant*
*America's Choice, Inc.*