IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMERICA'S CHOICE, INC., | ) |
| Plaintiff/Counter-Defendant, | ) Case No.: 07CV00428 |
| v. | ) |
|   | ) Judge Emmet Sullivan |
| SANDRA BUSH BIENVENU, | ) |
| Defendant/Counter-Plaintiff. | ) |

## CONSENT MOTION FOR ADMISSION *PRO HAC VICE* OF RAYMOND LEW

Pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia, undersigned counsel, who is an active member in good standing of the Bar of this Court, requests that this Court admit Raymond W. Lew, Pro Hac Vice, to serve as counsel to the defendant Sandra Bienvenu. In support of this Motion, undersigned counsel states as follows:

1.  Raymond W. Lew is an attorney with the firm of Rick, Steiner, Fell & Benowitz LLP. The firm of Rick, Steiner, Fell & Benowitz LLP's office is located at Three New York Plaza, New York, New York 10004. The firm's telephone number is (212) 422-0488.

2,  Mr. Lew is a member in good standing of the New York Bar and the highest Court of that state. Mr. Lew was admitted to the New York Bar in April, 2002. A Declaration of Mr. Lew provided in accordance with Rule 83.2 is attached hereto and incorporated herein by reference as **Exhibit 1**.

3.  Mr. Lew has not been disciplined by any Bar.

4.  Mr. Lew has not been admitted Pro Hac Vice to this Court within the last two years and he does not have an office in the District of Columbia.

5.  There is no prejudice to the plaintiff if this Motion is granted and the Plaintiff consents to the relief sought herein.

WHEREFORE, for the reasons set forth herein the defendant Sandra Bienvenu moves this Honorable Court for entry of an Order granting this Motion and admitting Raymond Lew, Pro Hac Vice, to represent the defendant in this case and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/Thomas C. Mugavero
Andrew J. Terrell (D.C. Bar No.: 431362)
Thomas C. Mugavero (D.C. Bar No.: 431512)
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036
(202) 659-6800
(202) 331-0573 (facsimile)

Of Counsel:

Robert J. Benowitz, Esq.
Rick Steiner Fell & Benowitz LLP
Three New York Plaza, 10th Floor
New York, NY 10004
(212) 422-0488
(212) 422-0158 (facsimile)

*Attorneys for Defendant/Counter-Plaintiff*
*SANDRA BUSH BIENVENU*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January, 2008 a copy of the foregoing was served electronically to:

Ugo Colella
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007

                                                      /s/ Thomas Mugavero
                                                      Thomas Mugavero

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC.,  ) | |
| ) | |
| Plaintiff/Counter-Defendant,  ) | Case No.: 07CV00428 |
| v.   ) | |
| ) | Judge Emmet Sullivan |
| SANDRA BUSH BIENVENU,  ) | |
| ) | |
| Defendant/Counter-Plaintiff.  ) | |
| _____ ) | |

## ORDER

THIS MATTER having come before the Court on defendant's Motion for Special Admission Pro Hac Vice of Raymond W. Lew, Esquire, for participation in this matter

IT IS this _____ day of _____, 2008

ORDERED, that the defendant's Motion be and hereby is GRANTED and that Raymond Lew, Esquire, be and hereby is permitted to represent the defendant in this case Pro Hac Vice.


_____
Judge Emmet Sullivan
United States District Court for the District
of Columbia

COPIES TO:

Andrew J. Terrell, Esq.
Whiteford, Taylor & Preston
1025 Connecticut Ave., N.W.
Suite 400
Washington, DC   20036

Robert J. Benowitz, Esquire
Rick Steiner Fell & Benowitz, LLP
Three New York Place
New York, New York  10004

Ugo A. Colella, Esquire
KATTEN MUCHIN ROSENMAN, LLP
1025 Thomas Jefferson Street, NW
Suite 700
Washington, DC 20007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., | ) |
|     Plaintiff/Counter-Defendant, | ) Case No.: 07CV00428 |
| v. | ) |
| | ) Judge Emmet Sullivan |
| SANDRA BUSH BIENVENU, | ) |
|     Defendant/Counter-Plaintiff. | ) |

## DECLARATION BY RAYMOND W. LEW

Raymond W. Lew, in accordance with Rule LCvR 83.2 (d) of the Rules of the United States District Court for the District of Columbia, declares as follows:

1. My full name is Raymond W. Lew.

2. My address is c/o Rick Steiner Fell & Benowitz LLP, Three New York Plaza, 10th Floor, New York, NY 10004. The phone number is (212) 422-0488. The facsimile number is (212) 422-0158.

3. I am a member of the State Bar of New York. I am admitted to the United States District Court, Southern District of New York and the United States District Court, Eastern District of New York.

4. I hereby certify that have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not have an office in the District of Columbia.

EXHIBIT 1

I certify that the information set forth above is true and correct.

_____
Raymond W. Lew