IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., | ) )  )  Case No.: 07CV00428 )  )  Judge Emmet Sullivan )  )  )  ) |
| Plaintiff/Counter-Defendant, | |
| v. | |
| SANDRA BUSH BIENVENU, | |
| Defendant/Counter-Plaintiff. | |

**DEFENDANT/COUNTER-PLAINTIFF'S CONSENT MOTION
FOR EXTENSION OF THE DEADLINE
FOR PROPONENT'S 26(a)(2) DESIGNATION**

COMES NOW the Defendant/Counter-Plaintiff Sandra Bush Bienvenu, by and through her attorneys, Whiteford, Taylor & Preston, LLP, hereby moves pursuant to Fed. R. Civ. P. 6(b)(1) and Rule 7.1 of the Local Rules of this Court for an Order extending the time for the filing of the parties' Rule 26(a)(2) statements and extending the end date for fact and expert discovery.  Specifically, Defendant requests that the Court extend the deadline for a proponent's Expert Witness Designation to April 30, 2008.

Pursuant to Rule 7(m) of the Local Rules of this Court, the undersigned affirms that he communicated with counsel for Plaintiff/Counter-Defendant America's Choice, Inc. ("ACI") on March 26, 2008 via telephone and e-mail concerning the relief requested herein.  Plaintiff's counsel has graciously agreed to the extended deadlines sought in this Motion.

1

## STATEMENT OF POINTS AND AUTHORITIES

1.      Pursuant to the Scheduling Order, as amended, the deadline for identifying a proponent's expert witnesses is March 31, 2008. This deadline was set pursuant to the January 31, 2008 Order which was issued after Plaintiff/Counter-Defendant sought a stay of all depositions because of a personal crisis suffered by one of ACI's officers.

2.      Depositions have not, to date, been scheduled in this matter, but deposition discovery has commenced in a related case pending in federal court in Louisiana, which may impact the depositions to be taken in this case. The depositions of five (5) principals were taken last month in the Louisiana action and there exists a proposed schedule of depositions, commencing April 8 and located across the country, that need to get done in both this and the related Louisiana case.

3.      Until the depositions of the witnesses are completed, Ms. Bienvenu is not in a position to provide a complete report from her expert witnesses. Thus, Ms. Bienvenu cannot designate her experts by March 31, 2008.

4.      Extending the deadline for expert witness designations and the end date for fact and expert discovery will afford Ms. Bienvenu sufficient time to retain expert witnesses, notice and conduct depositions in accordance with the schedules of witnesses and counsel, file her Rule 26(a)(2) Statement and to complete discovery.

5.      Ms. Bienvenu requests that the deadline for proponents expert witness designations be extended to April 30, 2008, with the deadlines for opponents'

designations and rebuttal experts extended to May 15, 2008 and the fact and expert discovery deadline extended to May 30, 2008.

6.   As noted above, ACI has consented to these extensions and agreed to the above-referenced dates.  Moreover, to the extent that ACI also intends to call expert witnesses in its case-in-chief and to conduct depositions and discovery, we have been advised by ACI's counsel that it will benefit by the extended deadlines, and therefore would not be prejudiced by the relief sought herein.

7.   This is the fifth extension of the deadlines enumerated in the Court's Scheduling Order.

For these reasons, as set forth more fully above, Defendant/Counter-Plaintiff Sandra Bush Bienvenu respectfully requests that the Court: (i) extend the time for the filing of the parties' Rule 26(a)(2) statements, with a proponent's Expert Witness Designation due on **April 30, 2008**, and any responding Rule 26(a)(2) statements due on **May 15, 2008**; and (ii) extend the fact and expert discovery deadline to **May 30, 2008**.

Respectfully submitted,

　　　/s/ Thomas C. Mugavero
Andrew J. Terrell (D.C. Bar No.: 431362)
Thomas C. Mugavero (D.C. Bar No.: 431512)
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036
(202) 659-6800
(202) 331-0573 (facsimile)

Robert J. Benowitz
Raymond W. Lew
RICK STEINER FELL & BENOWITZ LLP
Three New York Plaza, 10th Floor
New York, NY 10004
(212) 422-0488
(212) 422-0158

*Attorneys for Defendant/Counter-Plaintiff*
*SANDRA BUSH BIENVENU*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 28th day of March, 2008 a copy of the foregoing was served electronically to:

Ugo Colella, Esq.
John Rosans, Esq.
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007

Martin Karlinsky, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

                                                  /s/ Thomas C. Mugavero
                                                    Thomas C. Mugavero

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| v. ) | Case No.: 07CV00428 |
| ) | |
| SANDRA BUSH BIENVENU, ) | Judge Emmet Sullivan |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

**CONSENT ORDER**

Upon consideration of the Defendant/Counter-Plaintiff's Consent Motion For Extension Of The Deadline for Proponent's 26(a)(2) Designation and upon consideration of the record herein and for good cause shown, it is hereby:

**ORDERED** that the January 31, 2008 Scheduling Order is amended as follows:

(1) Proponents' Rule 26(a)(2) statements shall be filed no later than April 30, 2008.

(2) Any responding Rule 26(a)(2) statements shall be filed by May 15, 2008.

(3) Fact and expert discovery deadline is extended to May 30, 2008.

_____
Judge Emmet Sullivan
United States District Court for the
District of Columbia

Dated: March ____, 2008

## NAMES AND PERSONS TO BE SERVED WITH PROPOSED ORDER

As provided by LCvR 7(k), the following are the attorneys who are entitled to be notified of its entry:

Andrew J. Terrell, Esq.
Thomas C. Mugavero, Esq.
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036

Ugo Colella, Esq.
John Rosans, Esq.
KATTEN MUCHIN ROSENMAN LLP
1025 Thomas Jefferson Street, NW
East Lobby, Suite 700
Washington, D.C. 20007
*Counsel for Plaintiff/Counter-Defendant*
*America's Choice, Inc.*

Of Counsel:
Martin E. Karlinsky, Esq.
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
*Counsel for Plaintiff/Counter-Defendant*
*America's Choice, Inc.*