IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., | ) |
| Plaintiff/Counter-Defendant, | ) Case No.: 07CV00428 |
| v. | ) |
| SANDRA BUSH BIENVENU, | ) Judge Emmet Sullivan |
| Defendant/Counter-Plaintiff. | ) |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Janet K. DeCosta, Esquire and the law firm of Janet K. DeCosta, P.C hereby enter their appearance as counsel of record on behalf of Defendant Sandra Bush Bienvenu in substitution of Andrew J. Terrell, Esq., Thomas C. Mugavero, Esq. and the law firm of Whiteford, Taylor & Preston. Accordingly, Andrew J. Terrell, Esq., Thomas C. Mugavero, Esq. and the law firm of Whiteford, Taylor & Preston are withdrawn as counsel of record in this matter.

Respectfully submitted,

/s/ Andrew J. Terrell
Andrew J. Terrell (D.C. Bar No.: 431362)
Thomas C. Mugavero (D.C. Bar No.: 431512)
**WHITEFORD, TAYLOR & PRESTON, LLC**
1025 Connecticut Ave., N.W., Suite 400
Washington, DC 20036
(202) 659-6800 (voice)
(202) 331-0573 (facsimile)

Janet K. DeCosta, Esq. (Bar No. 439674)
**Janet K. DeCosta P.C.**
1825 Eye Street, N.W., Suite 400
Washington, D.C. 20006
(202) 638-3344 (voice)
(202) 824-8126 (facsimile)

With the consent of Sandra Bush Bienvenu:

Sandra Bush Bienvenu

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2007 a copy of the foregoing was served electronically to:

Ugo Colella
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007

/s/ Janet K DeCosta
Janet K. DeCosta

R:\Bienvenu\Substituion of Counsel.wpd