IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., | ) |
| | ) Case No. 07-CV-00428 |
| | ) Judge Emmet Sullivan |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) |
| SANDRA BUSH BIENVENU, | ) |
| Defendant/Counter-Plaintiff. | ) |

## PRAECIPE

PLEASE TAKE NOTICE that the business address for Katten Muchin Rosenman LLP's Washington, D.C. office has changed as reflected below.

Old Address

KATTEN MUCHIN ROSENMAN LLP
1025 Thomas Jefferson Street, NW
East Lobby, Suite 700
Washington, D.C. 20007

New Address

KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW
Suite 200
Washington, DC 20007-5118

The respective telephone numbers, facsimile numbers, and e-mail addresses for Mr. Colella and Mr. Rosans remain unchanged.

Dated: July 23, 2008

Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP

By:  /s/ John Rosans

1

Ugo Colella (D.C. Bar No. 473348)
2900 K Street NW
Suite 200
Washington, DC 20007-5118
Phone: (202) 625-3755
Fax: (202) 295-1174

John Rosans (D.C. Bar No. 474180)
2900 K Street NW
Suite 200
Washington, DC 20007-5118
Phone: (202) 625-3639
Fax: (202) 339-8267

Of Counsel:

Martin E. Karlinsky, Esq.
(D.C. Bar No. 447859)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Phone: (212) 940-8800

*Counsel for Plaintiff/Counter-Defendant
America's Choice, Inc.*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on July 23, 2008, a copy of the foregoing PRAECIPE was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of the foregoing PRAECIPE was also served on July 23, 2008, via electronic mail on counsel for all parties.

                                        /s/
                                  John A. Rosans