IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICA'S CHOICE, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | Case No.: 07CV00428 |
| v. | ) | |
| | ) | Judge Emmet Sullivan |
| SANDRA BUSH BIENVENU, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |

**DEFENDANT/COUNTER-PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE HER RESPONSE
TO THE JULY 24, 2008 COURT ORDER**

COMES NOW the Defendant/Counter-Plaintiff Sandra Bush Bienvenu ("Ms. Bienvenu"), by and through her attorneys, Rick Steiner Fell & Benowitz LLP and Janet K. DeCosta, P.C., hereby moves pursuant to Fed. R. Civ. P. 6(b)(1) and Rule 7 of the Local Rules of this Court for an Order extending the time for Ms. Bienvenu to file her response to the July 24, 2008 Court Order. Specifically, Ms. Bienvenu requests that the Court extend the deadline to file her response from August 7, 2008 to August 14, 2008.

Pursuant to Rule 7(m) of the Local Rules of this Court, the undersigned affirms that he has communicated with counsel for Plaintiff/Counter-Defendant America's Choice, Inc. ("ACI") on August 6, 2008 and August 7, 2008 via telephone and e-mail concerning the relief requested herein. ACI's counsel has agreed to extend the deadline sought in this Motion, but does not agree with Ms. Bienvenu's basis for her request.

1

## STATEMENT OF POINTS AND AUTHORITIES

1.    At the July 24, 2008 Status Conference, the Court issued an Order to Show Cause ("Order") directing ACI to show cause as to why this case should not be transferred to the Middle District of Louisiana, where a related case captioned <u>Cecil Harris v. America's Choice, Inc.</u> (Docket No.: 3:07-cv-195) is currently pending. The Order further directed that ACI file its submission by no later than July 31, 2008 and that Ms. Bienvenu file her response by no later than August 7, 2008.

2.    Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time[.]"

3.    On July 31, 2008, ACI filed its response to the Order wherein it indicated that it did not object to the transfer of this matter to the Middle District of Louisiana, but, at the same time, it raised doubts as to whether such transfer was permissible under 28 U.S.C. § 1404(a).

4.    The Order directed Ms. Bienvenu to file her response by August 7, 2008. Ms. Bienvenu respectfully requests an extension of one (1) week to consider her decision and position with respect to such transfer.

5.    During the hearing, Ms. Bienvenu's counsel indicated that she may be amenable to the transfer. Ms. Bienvenu received notice on July 31, 2008 that ACI apparently agrees that a transfer may be appropriate.

6. Ms. Bienvenu requires additional time to fully consider whether a transfer and consolidation of this case in Louisiana is in her best interests. She is currently reviewing several factors that she must weigh before making her decision. These include the additional costs she would incur in selecting and retaining new counsel in Louisiana and preparing such counsel to represent her in this action. Additionally, she must consider the impact of the inherent delay this would cause in the adjudication of her claims for substantial wages and commissions earned and owed. Ms. Bienvenu has commenced the process and fully anticipates that she will obtain all the necessary information within the next several days.

7. Any decision with respect to whether the action should remain in this Court or transferred to the Middle District of Louisiana should not be taken lightly and would inevitably have an impact as to Ms. Bienvenu's ability to successfully prosecute and defend this action.

8. Accordingly, Ms. Bienvenu respectfully requests a one (1) week extension from August 7, 2008 to and including August 14, 2008. This extension would afford Ms. Bienvenu additional time to render a decision and for an opportunity to advise the Court of the same. Furthermore, it would be in the interest of this Court to review and evaluate Ms. Bienvenu's position along with ACI's position before rendering a decision.

9. As noted above, ACI has consented to this extension, but not to the reasons set forth by Ms. Bienvenu. In addition, a one (1) week extension should not have a significant impact on any of the parties or on this litigation.

For these reasons, as set forth more fully above, Defendant/Counter-Plaintiff Sandra Bush Bienvenu respectfully requests that the Court extend the time for her to respond to the July 24, 2008 Order from August 7, 2008 to and including **August 14, 2008**.

        Respectfully submitted,

        RICK STEINER FELL & BENOWITZ LLP

        By:   /s/ Raymond W. Lew
        Robert J. Benowitz, Esq. (Admitted Pro Hac Vice)
        Raymond W. Lew, Esq. (Admitted Pro Hac Vice)
        90 Broad Street, 25th Floor
        New York, NY 10004
        (212) 422-0488 (voice)
        (212) 422-0158 (facsimile)

        Janet K. DeCosta, Esq. (Bar No. 439674)
        JANET K. DeCOSTA P.C.
        1825 Eye Street, N.W., Suite 400
        Washington, D.C. 20006
        (202) 638-3344 (voice)
        (202) 824-8126 (facsimile)

        *Attorneys for Defendant/Counter-Plaintiff*
        *SANDRA BUSH BIENVENU*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., | ) |
|     Plaintiff/Counter-Defendant, | ) Case No.: 07CV00428 |
| v. | ) |
| | ) Judge Emmet Sullivan |
| SANDRA BUSH BIENVENU, | ) |
|     Defendant/Counter-Plaintiff. | ) |

**ORDER**

Upon consideration of the Motion for Extension of Time for Defendant/Counter-Plaintiff Sandra Bush Bienvenu to File her Response to the July 24, 2008 Court Order and upon consideration of the record herein and for good cause shown, it is hereby:

**ORDERED** that the July 24, 2008 Court Order is amended as follows:

(1)   Defendant shall respond in no more than five pages by no later than August 14, 2008.

_____
Judge Emmet Sullivan
United States District Court for the
District of Columbia

Dated: August ____, 2008

## NAMES AND PERSONS TO BE SERVED WITH PROPOSED ORDER

Copies to:

Rick Steiner Fell & Benowitz LLP
Robert J. Benowitz, Esq.
Raymond W. Lew, Esq.
90 Broad Street, 25th Floor
New York, NY 10004
*Counsel for Defendant/Counter-Plaintiff*
*Sandra Bush Bienvenu*

Janet K. DeCosta, Esq.
Janet K. DeCosta, P.C.
1825 Eye Street, N.W., Suite 400
Washington, D.C. 20006
*Counsel for Defendant/Counter-Plaintiff*
*Sandra Bush Bienvenu*

Ugo Colella, Esq.
John Rosans, Esq.
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW
Suite 200
Washington, DC 20007-5118
*Counsel for Plaintiff/Counter-Defendant*
*America's Choice, Inc.*

Martin E. Karlinsky, Esq.
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
*Counsel for Plaintiff/Counter-Defendant*
*America's Choice, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICA'S CHOICE, INC.,** | )<br>)<br>) |
| Plaintiff/Counter-Defendant,<br>v. | ) Case No.: 07CV00428<br>)<br>) Judge Emmet Sullivan |
| **SANDRA BUSH BIENVENU,** | )<br>)<br>) |
| Defendant/Counter-Plaintiff. | )<br>) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2008 a copy of the foregoing **DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE HER RESPONSE TO THE JULY 24, 2008 COURT ORDER and PROPOSED ORDER** were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                /s/ Raymond W. Lew
              Raymond W. Lew

1