**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AMERICA'S CHOICE, INC.,** | ) | |
| | ) | **Case No. 07-CV-00428** |
| | ) | **Judge Emmet Sullivan** |
| **Plaintiff/Counter-Defendant,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SANDRA BUSH BIENVENU,** | ) | |
| | ) | |
| **Defendant/Counter-Plaintiff.** | ) | |
| | ) | |

**PLAINTIFF/COUNTER-DEFENDANT'S RESPONSE TO
DEFENDANT/COUNTER-PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE HER RESPONSE**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff/Counter-Defendant

AMERICA'S CHOICE, INC. ("ACI"), and files this short response to Defendant/Counter-

Plaintiff SANDRA BUSH BIENVENU's ("Ms. Bienvenu"'s) Motion for Extension of Time to

File Her Response to the July 24, 2008 Court Order (the "Motion").

While ACI has consented to the one-week extension of time requested in Ms. Bienvenu's

Motion, ACI admittedly is perplexed by the need for such an extension given counsel's repeated

(and strident) representations to the Court, during the July 24, 2008 Status Conference, that Ms.

Bienvenu consented, indeed desired, to transfer this case to the Middle District of Louisiana (the

"MDLA"). As ACI has stated, *see* Resp. to Order to Show Cause (Docket #35), it does not

object to a transfer to the MDLA if the Court concludes that it has the power to do so.

Accordingly, the issue to be briefed – as a response to ACI's submission, not as a response to the

1

Court's Order to Show Cause – should be focused on that issue alone, not on "whether a transfer

and consolidation of this case in Louisiana is in [Ms. Bienvenu's] best interests." Mot. ¶ 6.


Dated: August 7, 2008

Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP


By:    /s/ John Rosans
        Ugo Colella (D.C. Bar No. 473348)
        2900 K Street NW
        Suite 200
        Washington, DC 20007-5118
        Phone: (202) 625-3755
        Fax: (202) 295-1174

        John Rosans (D.C. Bar No. 474180)
        2900 K Street NW
        Suite 200
        Washington, DC 20007-5118
        Phone: (202) 625-3639
        Fax: (202) 339-8267

Of Counsel:

Martin E. Karlinsky, Esq.
(D.C. Bar No. 447859)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Phone: (212) 940-8800

*Counsel for Plaintiff/Counter-Defendant*
*America's Choice, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2008, a copy of the foregoing PLAINTIFF/COUNTER-DEFENDANT'S RESPONSE TO DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE HER RESPONSE was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


                                   /s/
                                   John A. Rosans