## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **AMERICA'S CHOICE, INC.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff/Counter-Defendant,** | ) | **Case No.: 07CV00428** |
| **v.** | ) | |
| | ) | **Judge Emmet Sullivan** |
| **SANDRA BUSH BIENVENU,** | ) | |
| | ) | |
| **Defendant/Counter-Plaintiff.** | ) | |
| | ) | |

### DEFENDANT/COUNTER-PLAINTIFF'S RESPONSE
### TO THE JULY 24, 2008 COURT ORDER

COMES NOW the Defendant/Counter-Plaintiff Sandra Bush Bienvenu ("Ms. Bienvenu"), by and through her attorneys, Rick Steiner Fell & Benowitz LLP and Janet K. DeCosta, P.C., hereby replies to Plaintiff/Counter-Defendant America's Choice, Inc.'s ("ACI") Response to this Court's July 24, 2008 Order to Show Cause directing ACI to show cause why this case should not be transferred to the United States District Court for the Middle District of Louisiana ("MDLA").

### ARGUMENT

After giving the issue careful consideration, Ms. Bienvenu does not object to the transfer of this case to the MDLA where a related case captioned Cecil Harris v. America's Choice, Inc. (Docket No.: 3:07-cv-195) is currently pending.

Ms. Bienvenu concurs with ACI's interpretation of the decision in Cooper v. Dep't of the Air Force, 528 F.Supp. 472 (M.D.La. 1981) in that the transfer to the MDLA would be both "in the interest of justice" and for the convenience of the parties.

1

## CONCLUSION

For the foregoing reasons, Ms. Bienvenu consents to the transfer of this case to the MDLA and defers to the Court's discretion as to whether this action should be transferred to said district.

Dated: August 14, 2008

Respectfully submitted,

RICK STEINER FELL & BENOWITZ LLP

By:____/s/ Raymond W. Lew_____
Robert J. Benowitz, Esq. (Admitted Pro Hac Vice)
Raymond W. Lew, Esq. (Admitted Pro Hac Vice)
90 Broad Street, 25th Floor
New York, NY 10004
(212) 422-0488 (voice)
(212) 422-0158 (facsimile)

Janet K. DeCosta, Esq. (Bar No. 439674)
JANET K. DeCOSTA P.C.
1825 Eye Street, N.W., Suite 400
Washington, D.C. 20006
(202) 638-3344 (voice)
(202) 824-8126 (facsimile)

*Attorneys for Defendant/Counter-Plaintiff*
*SANDRA BUSH BIENVENU*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICA'S CHOICE, INC.,** ) | |
| ) | |
| **Plaintiff/Counter-Defendant,** ) | **Case No.: 07CV00428** |
| **v.** ) | |
| ) | **Judge Emmet Sullivan** |
| **SANDRA BUSH BIENVENU,** ) | |
| ) | |
| **Defendant/Counter-Plaintiff.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August, 2008 a copy of the foregoing

**DEFENDANT/COUNTER-PLAINTIFF'S RESPONSE TO THE JULY 24, 2008 ORDER**

**TO SHOW CAUSE** was filed electronically. Notice of this filing will be sent to all

parties by operation of the Court's electronic filing system. Parties may access this

filing through the Court's system.

Dated: August 14, 2008

_____/s/ Raymond W. Lew_____
Raymond W. Lew